UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                          CHAPTER 13 CASE
                                                BKY 13-45576
Steven Michael McCloud
Virginia Eve McCloud                            ORDER

        Debtors.
_____

This case is before the court on the motion of Harley-Davidson pursuant to 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the

2010 HARLEY-DAVIDSON FLHTK VIN #1HD1KEM14AB611782

Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: February 20, 2014

                                                /e/ Robert J. Kressel
                                                United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/20/2014
Lori Vosejpka, Clerk, by LH